26 So.2d 921

**Lee Roy BROWN and Ovoy Brown v. STATE.**

**8 Div. 483.**

Court of Appeals of Alabama.
May 21, 1946.

Bradshaw & Barnett, of Florence, for appellants.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed, motion of appellants.

26 So.2d 921

**Ovoy BROWN v. STATE.**

**8 Div. 484.**

Court of Appeals of Alabama.
June 4, 1946.

Bradshaw & Barnett, of Florence, for appellant.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed, motion of appellants.

24 So.2d 920

**Robert, alias Willie, alias Fessor BROWN v. STATE.**

**6 Div. 227.**

Court of Appeals of Alabama.
Jan. 22, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

23 So.2d 143

**Mamie Lou BRYANT v. STATE.**

**6 Div. 235.**

Court of Appeals of Alabama.
Aug. 7, 1945.

Robt. B. Harwood, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

24 So.2d 920

**J. T. BULLARD v. STATE.**

**5 Div. 218.**

Court of Appeals of Alabama.
Jan. 15, 1946.

Lawrence F. Gerald, of Clanton, for appellant.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.